IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER B. BRADLEY                                                               PLAINTIFF

      v.                              CIVIL NO. 2:25-cv-02155-MEF

FRANK BISIGNANO, Commissioner
Social Security Administration                                                        DEFENDANT

## MEMORANDUM OPINION

On November 26, 2025, Plaintiff, Christopher Bradley, filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security. (ECF No. 2). In so doing, however, he failed to pay the $405 filing fee or file an Application to Proceed In Forma Pauperis. On December 1, 2025, this Court filed a Notice of Deficiency, directing the Plaintiff to either file an Application to Proceed In Forma Pauperis or pay the filing fee by December 3, 2025. Said notice warned the Plaintiff that his failure to act by the deadline could result in dismissal of his case. Neither the filing fee nor an Application to Proceed In Forma Pauperis was filed in response, and the Court entered a Show Cause Order directing the Plaintiff to show cause by December 26, 2025, again indicating that his failure to respond would result in the dismissal of his Complaint. (ECF No. 5). The Plaintiff again failed to respond and there is no evidence to suggest that this Order was undeliverable.

Accordingly, as neither the filing fee nor an Application to Proceed In Forma Pauperis has been filed, dismissal of the action is appropriate pursuant to FED. R. CIV. P. 41(b), and the Clerk of Court is directed to dismiss Plaintiff's Complaint without prejudice.

DATED this the 7th day of January 2026.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE